## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

RONALD MILBURN,

        Petitioner

        v.

COURT OF COMMON PLEAS OF PHILADELPHIA,

        Respondent

: No. 80 EM 2015
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of September, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.